**MISHOE v. SIKES**

[340 N.C. 256 (1995)]

PATSY M. MISHOE AND LAWRENCE W. MISHOE v. MICKEY FRANKLIN SIKES

No. 422A94

(Filed 5 May 1995)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 115 N.C. App. 697, 446 S.E.2d 114 (1994), reversing the order of the trial court entered by Albright, J., on 9 June 1993 in Superior Court, Guilford County (High Point Division), and remanding this case for the trial court to determine the amount of attorney's fees to which defendant is entitled, representing the cost for prosecuting defendant's counterclaim. Heard in the Supreme Court 11 April 1995.

*Wyatt Early Harris Wheeler & Hauser, by Kim R. Bauman, for plaintiff-appellees.*

*Frazier, Frazier & Mahler, L.L.P., by Torin L. Fury, for defendant-appellant.*

PER CURIAM.

Justice ORR recused and took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See Nesbit v. Howard,* 333 N.C. 782, 429 S.E.2d 730 (1993).

AFFIRMED.